IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
NORTHEASTERN DIVISION

| | |
|---|---|
| CAROLYN GRIMES, et al. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMTEC CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Case No. 5:12-cv-1144-JEO |

**ORDER**

In accordance with the Memorandum Opinion filed contemporaneously herewith, this court overrules the objections of the defendants and accepts, adopts, and affirms the Report and Recommendation of the magistrate judge filed on July 30, 2012. This action and all claims and defenses made therein are remanded to the Circuit Court of Madison County, Alabama.

**DONE** and **ORDERED** this the 28th day of August, 2012.

*/s/ Robert B. Propst*
_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**